UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:06-CR-485-T-30TBM

BRANKO POPIC

### ORDER OF DISMISSAL

Pursuant to Fed. R. Crim. P. 48(a) and by leave of Court endorsed hereon, the United States Attorney for the Middle District of Florida hereby dismisses the Indictment which is pending against defendant Branko Popic.

Respectfully submitted,

JAMES R. KLINDT
Acting United States Attorney

By:   s/ *Donald L. Hansen*
      DONALD L. HANSEN
      Assistant United States Attorney
      USAO No. 060
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602
      Telephone:  (813) 274-6351
      Facsimile:  (813) 274-6178
      E-mail:     Don.Hansen@usdoj.gov

### ORDER

Leave of Court is granted for the foregoing Order of Dismissal.

Dated: September 27, 2007

JAMES S. MOODY, JR.
United States District Judge